| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Carroll, Peter H. | 2. Court or Organization<br><br>U.S. Bankruptcy Court, Central District of California | 3. Date of Report<br><br>04/28/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2016<br>to<br>12/31/2016 |
| 7. Chambers or Office Address<br><br>United States Bankruptcy Court<br>1415 State Street, Suite 230<br>Santa Barbara, CA 93101-2511 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carroll, Peter H. | 04/28/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Carroll, Peter H.** | 04/28/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carroll, Peter H. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Time Share, Reno, NV | None | | J | W | | | | | |
| 2. I.R.A. # 3B | | | | | | | | | |
| 3. -- T. Rowe Price Media & Telecommunications | A | Dividend | J | T | Sold (part) | 02/08/16 | J | A | |
| 4. | | | | | Sold (part) | 06/23/16 | J | A | |
| 5. | | | | | Sold (part) | 07/26/16 | J | A | |
| 6. -- T. Rowe Price U.S. Treasury Money Market | A | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 7. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 8. | | | | | Buy (add'l) | 07/26/16 | J | | |
| 9. I.R.A. # 4 | | | | | | | | | |
| 10. -- T. Rowe Price Capital Appreciation | A | Dividend | K | T | Sold (part) | 02/08/16 | J | A | |
| 11. | | | | | Sold (part) | 06/23/16 | J | A | |
| 12. -- T. Rowe Price Mid-Cap Growth | | None | | | Sold | 02/08/16 | J | A | |
| 13. -- T. Rowe Price U.S. Treasury Money Market | A | Dividend | L | T | Buy (add'l) | 02/08/16 | J | | |
| 14. | | | | | Buy (add'l) | 02/08/16 | J | | |
| 15. | | | | | Buy (add'l) | 06/23/16 | J | | |
| 16. | | | | | Redeemed (part) | 11/28/16 | K | | |
| 17. Ally Bank | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carroll, Peter H. | 04/28/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.   -- C.D. # 1 | A | Interest | J | T | | | | | |
| 19.   -- C.D. # 2 | A | Interest | J | T | | | | | |
| 20.   -- C.D. # 3 | A | Interest | J | T | | | | | |
| 21.   -- C.D. # 4 | A | Interest | J | T | | | | | |
| 22.   -- Money Market Account | A | Interest | L | T | Redeemed (part) | 10/22/16 | K | | |
| 23.   -- Savings Account | A | Interest | K | T | Open | 10/22/16 | K | | |
| 24. | | | | | Buy (add'l) | 12/08/16 | J | | |
| 25. | | | | | Buy (add'l) | 12/13/16 | J | | |
| 26.   Brokerage Account # 2 | | | | | | | | | |
| 27.   -- T. Rowe Price Mid-Cap Growth | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Carroll, Peter H. | 04/28/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, Line 3. On February 28, 2016, a portion of the shares in T. Rowe Price Media & Communications in I.R.A. # 3B was sold and the proceeds were used to buy additional shares of T. Rowe Price U.S. Treasury Money Market in I.R.A. # 3B.

2. Part VII, Line 4. On June 23, 2016, a portion of the shares in T. Rowe Price Media & Communications in I.R.A. # 3B was sold and the proceeds were used to buy additional shares of T. Rowe Price U.S. Treasury Money Market in I.R.A. # 3B.

3. Part VII, Line 5. On July 26, 2016, a portion of the shares in T. Rowe Price Media & Communications in I.R.A. # 3B was sold and the proceeds were used to buy additional shares of T. Rowe Price U.S. Treasury Money Market in I.R.A. # 3B.

4. Part VII, Line 10. On February 8, 2016, a portion of the shares in T. Rowe Price Capital Appreciation in I.R.A. # 4 was sold and the proceeds were used to buy additional shares of T. Rowe Price U.S. Treasury Money Market in I.R.A. # 4.

5. Part VII, Line 11. On June 23, 2016, a portion of the shares in T. Rowe Price Capital Appreciation in I.R.A. # 4 was sold and the proceeds were used to buy additional shares of T. Rowe Price U.S. Treasury Money Market in I.R.A. # 4.

6. Part VII, Line 12. On February 8, 2016, all of the shares in T.Rowe Price Mid-Cap Growth in I.R.A. # 4 were sold and the proceeds were used to buy additional shares of T. Rowe Price U.S. Treasury Money Market in I.R.A. # 4.

7. Part VII, Line 22. On October 22, 2016, a portion of the funds in the Ally Bank Money Market was redeemed and used to open the Ally Bank Savings Account.

8. Part VII, Line 16. On November 28, 2016, a portion of the share in T. Rowe Price U.S. Treasury Money Market in I.R.A. # 4 were redeemed and the proceeds were deposited in the Ally Savings Account in two deposits -- one on December 8, 2016, and the other on December 13, 2016.

| Name of Person Reporting | Date of Report |
|---|---|
| Carroll, Peter H. | 04/28/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Peter H. Carroll**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544